# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| DEEPAK VARSHNEYA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:20-cv-00272 (RDA/JFA) |
| ) | |
| THE UNITED STATES, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant the United States of America, Dr. Peter Highnam, the Acting Director of the Defense Advanced Research Projects Agency ("DARPA"), and Dr. Steven Walker, the former Director of DARPA, hereby respectfully move for summary judgment. The grounds for this motion are fully explained in the accompanying memorandum of law. As explained therein, summary judgment is sought as to certain of Plaintiffs' claims, and as an alternative to dismissal with respect to the remaining claims that Defendants have moved to dismiss.

DATE: May 26, 2020   Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:   /s/
KRISTA ANDERSON
Assistant U.S. Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3995
Fax: (703) 299-3983
Email: krista.anderson@usdoj.gov
*Counsel for Defendants*

OF COUNSEL:
Geraldine Chanel
Terry Stenerson
Defense Advanced Research Projects Agency

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing electronically using the Court's CM/ECF system, which will trigger a notice of electronic filing to the following:

> Ian A. Cronogue Esq.
> Gerald H. Werfel. Esq.
> BAKER, CRONOGUE, TOLLE & WERFEL, PLC
> 1320 Old Chain Bridge Road, Suite 200
> McLean, Virginia 22101
> iancronogue@bctwlaw.com
> ghwerfel@bctwlaw.com
> *Attorneys for Plaintiffs*

      /s/_____
KRISTA ANDERSON
Assistant U.S. Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3995
Fax: (703) 299-3983
Email: krista.anderson@usdoj.gov
*Counsel for Defendants*